IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **Criminal No. 89-163** |
| ) | **Civil No. 97-1349** |
| **DAVID CORREA,** ) | |
| Defendant/Petitioner  ) | |

### ORDER OF COURT RE: PRO SE MOTION FOR CLARIFICATION

AND NOW, this 12th day of March, 2013, IT IS HEREBY ORDERED THAT Petitioner's Pro Se Motion for Clarification of the Court's previous Memorandum Order denying Petitioner's Motion to Reopen the Original Section 2244 Proceedings, is **DENIED**. For reasons which have already been explained in its Memorandum Opinions (Doc. Nos. 2 and 3), Petitioner's Motions have been denied. There is nothing currently pending before this Court.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   David Correa
      #03627-068
      FCI Coleman
      P.O. Box 1032, Unit A-1
      Coleman, FL 33521